[No. 13882.   Department Two.   August 29, 1917.]

MOUNTAIN TIMBER COMPANY, *Respondent*, v. LUMBERMEN'S FIRE INDEMNITY CONTRACT *et al.*, *Appellants.*[1]

Appeal from a judgment of the superior court for Cowlitz county, Darch, J., entered May 23, 1916, upon findings in favor of the plaintiff, in an action on a fire insurance policy, tried to the court. Affirmed.

*H. T. Granger*, for appellants.
*Edmund C. Strode, Coy Burnett*, and *A. H. Imus*, for respondent.

PER CURIAM.—Our decision in *Mountain Timber Co. v. Manufacturing Wood Workers Underwriters, ante* p. 167, 167 Pac. 93, is decisive of this case.
The judgment is affirmed.

---

[No. 13459.   *En Banc.*   September 21, 1917.]

METROPOLITAN BUILDING COMPANY, *Appellant*, v. THE CITY OF SEATTLE, *Respondent.*[2]

Appeal from a judgment of the superior court for King county, Jurey, J., entered December 17, 1915, dismissing an action to cancel assessments for a public improvement, tried to the court. Affirmed.

*Douglas & Douglas* and *Kerr & McCord*, for appellant.
*Hugh M. Caldwell* and *Walter F. Meier*, for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing of this case *En Banc*, a majority of the court is satisfied with the result reached by the department decision, 92 Wash. 660, 159 Pac. 793, and for the reasons there stated, the judgment is affirmed.

[1]Reported in 167 Pac. 95.
[2]Reported in 167 Pac. 903.